IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN LLOYD                                                                    PLAINTIFF

v.                              No. 4:25-cv-921-DPM

SALON XTENSIONS LLC                                                 DEFENDANT

ORDER

1. Lloyd moves the Court to enter default judgment against Salon Xtensions. The Court, however, is unable to conclude that he obtained good service on Salon. The paperwork has many gaps. Neither Lloyd's declaration nor the attached proofs of service are signed. *Doc. 6 at 4 & 7*. Salon's registered agents are not identified. The delivery information on one tracking report is numbers rather than a person or company and illegible on the other report. *Doc. 6 at 5 & 8*. And Lloyd has provided no citations to Florida or Wyoming law (the states of attempted service), or to the Federal Rules of Civil Procedure, supporting the adequacy of attempted service.

2. The Court sets aside the Clerk's default, *Doc. 8*.

3. Lloyd has until 4 December 2025 to get good service. If he needs more time, he may move for a good-cause extension. Fed. R. Civ. P. 4(m).

4. The Court directs the Clerk to re-issue summons and mail it to Lloyd. Motion, *Doc. 6*, denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2025