# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRIAN LLOYD**                                                                    **PLAINTIFF**

v.                                     **No. 4:25-cv-921-DPM**

**SALON XTENSIONS LLC**                                                    **DEFENDANT**

## ORDER

Unopposed recommendation, *Doc. 23*, adopted.  Fed. R. Civ. P.

72(b) (1983 addition to advisory committee notes).  Judgment will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____5 June 2026_____