# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRIAN LLOYD**                                                                              **PLAINTIFF**

v.                                             **No. 4:25-cv-921-DPM**

**SALON XTENSIONS LLC**                                                    **DEFENDANT**

## JUDGMENT

Brian Lloyd shall have judgment against Salon Xtensions, LLC for $ 186,650.28:  damages of $186,245.28 and costs of $405.  Post-judgment interest will accrue at 3.82% per annum from today until this Judgment is paid in full.  28 U.S.C. § 1961(a)–(b).

_____
D.P. Marshall Jr.
United States District Judge

5 June 2026